UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

EUGENE KAMARRIE JAQUIS WILLIAMS,

Defendant.
______________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**(Interference with Commerce by Robbery)**

On or about May 23, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

EUGENE KAMARRIE JAQUIS WILLIAMS

obstructed, delayed, and affected commerce and the movement of an article or commodity in commerce by robbery, and committed and threatened physical violence to another person in furtherance of a plan or purpose to obstruct, delay and affect commerce.

18 U.S.C. § 1951(a), (b)

**COUNT 2**
**(Brandishing a Firearm During and in Relation to a Crime of Violence)**

On or about May 23, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

EUGENE KAMARRIE JAQUIS WILLIAMS,

during and in relation to the crime of violence charged in Count 1, Interference with Commerce by Robbery, brandished, used, and carried a pistol.

18 U.S.C. § 924(c)(1)(A)(ii), (D)(ii)

**COUNT 3**
**(Theft of Firearms from a Federal Firearms Licensee)**

On or about May 23, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

EUGENE KAMARRIE JAQUIS WILLIAMS

stole the following firearms from a licensed firearms dealer:

1. Smith & Wesson 422 .22 caliber pistol
2. Hi-Point C9 9mm pistol
3. Rock Island Armory 1911 .45 caliber pistol
4. Carl Walther PPQ .22 caliber pistol
5. Star S.A. .22 caliber pistol
6. Ruger LC9 9mm pistol
7. Lefever SBS 12 gauge shotgun

18 U.S.C. § 924(m)
18 U.S.C. § 921(a)(1), (11)

**COUNT 4**
**(Felon in Possession of Firearms)**

On or about May 23, 2025, in Kent County, in the Southern Division of the Western District of Michigan,

EUGENE KAMARRIE JAQUIS WILLIAMS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearms which were in and affecting commerce:

1. Smith & Wesson 422 .22 caliber pistol
2. Hi-Point C9 9mm pistol
3. Rock Island Armory 1911 .45 caliber pistol
4. Carl Walther PPQ .22 caliber pistol
5. Star S.A. .22 caliber pistol
6. Ruger LC9 9mm pistol
7. Lefever SBS 12 gauge shotgun

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

ALEXIS M. SANFORD
Acting United States Attorney

CONSTANCE R. TURNBULL
Assistant United States Attorney